**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOSE SANTOS MARTINEZ RODRIGUEZ, <br> *Petitioner* <br><br> v. <br><br> PAM BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND BOBBY THOMPSON, WARDEN, SOUTH TEXAS DETENTION COMPLEX; <br> *Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  SA-26-CA-01681-XR |

## <u>FINAL JUDGMENT</u>

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Jose Santos Martinez Rodriguez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated **March 31, 2026**. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

2

It is so **ORDERED**.

**SIGNED** this March 31, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE